IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RAUL PEREZ, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 10-0349-WS-N |
| | ) | |
| J. CLARK STANKOSKI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is ORDERED that this action is **DISMISSED** *with prejudice.*

DONE this 26th day of July, 2011.

s/WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE